Form SUM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: | |
| Ryan J Neuman and Sheri S Neuman Debtor(s) | Bankruptcy Case No.: 09−12585 |
| | Chapter: 7 |
| Marie Pardi et al. Plaintiff(s) | |
| vs. | |
| Ryan J Neuman et al. Defendant(s) | Adversary Proceeding No. 10−01107 |

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| |
|---|
| United States Bankruptcy Court |
| 99 South "E" Street |
| Santa Rosa, CA 95404 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Andrew Kern |
| Law Offices of Andrew Kern |
| 755 Baywood Dr. 2nd Fl |
| Petaluma, CA 94954 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that scheduling conference of proceeding commenced by filing of the complaint will be held at the following time and place.

| | |
|---|---|
| **DATE:** November 22, 2010 | **TIME:** 02:00 PM |
| **LOCATION: U.S. Bankruptcy Court, Courtroom, 99 South E St., Santa Rosa, CA 95404** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Dated: 8/31/10

Jan Colvin
Deputy Clerk

# CERTIFICATE OF SERVICE

I,_____(name), certify that service of this summons and

copy of the complaint was made _____(date) by:

☐　　　Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

☐　　　Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐　　　Residence Service: By leaving the process with the following adult as:

☐　　　Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
　　　　addresses to the following officer of the defendant at:

☐　　　Publication:The defendant was served as follows:[Describe briefly]

☐　　　State Law:The defendant was served pursant to the laws of State of _____,
　　　　as follows:[Describe briefly]

If service was made by personal service,by residence service, or pursuant to state law, I further certify that I am, and at
all times during the service of process was, not less than 18 years of age and not a party to the matter concerning
which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____　　　　　Signature_____

　　　　　　　　　　　　Print Name:_____

　　　　　　　　　　Business Address:_____

　　　　　　　　　　　　　_____