Evan Livingstone, SBN 252008
Attorney at Law
740 4th St, Ste 215
Santa Rosa, CA 95404
Phone (707) 206-6570
Fax    (707) 676-9112
Email: evanlivingtone@sbcglobal.net

Attorney for Debtor/Defendant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | ) | Case No. 09-12585 |
|---|---|---|
| Ryan Neuman and Sheri Neuman | ) ) ) | Chapter 7 |
| Debtor(s) | ) ) | AP No. 10−01107 |
| | ) ) ) ) ) ) ) | DEFENDANTS' NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT (FRCP 56); DECLARATION OF RYAN NEUMAN |
| Marie Pardi, Thomas and Carrie Samuela-Pierucci, Farid and Jennifer Zeinal, and Louis Pierucci | | |
| Plaintiff(s) | ) ) | Hearing |
| Ryan Neuman and Sheri Neuman | ) ) | Date: May 6, 2011 |
| Defendant(s) | ) ) | Time: 10:00 AM Place: Santa Rosa, CA |

To Plaintiffs Marie Pardi, Thomas and Carrie Samuela-Pierucci, Farid and Jennifer Zeinal, and Louis Pierucci and their Attorney of Record.

At the above date and time, Defendants Ryan Neuman and Sheri Neuman, will move this court for an order for summary judgment in the above-captioned adversary proceeding pursuant to Federal Rule of Civil Procedure 56 because there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law.

1    You must file an opposition to this motion at least 21 days before the hearing or the court
2    may grant Defendants' motion.
3
4    Dated: March 26, 2011                    *Evan Livingstone*
                                              _____
                                              Evan Livingstone
5                                             Attorney for Defendant
                                              Ryan Neuman and Sheri Neuman
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Evan Livingstone, SBN 252008
Attorney at Law
740 4th St, Ste 215
Santa Rosa, CA 95404
Phone (707) 206-6570
Fax    (707) 676-9112
Email: evanlivingtone@sbcglobal.net

Attorney for Debtor/Defendant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | ) | Case No. 09-12585 |
|---|---|---|
| Ryan Neuman and Sheri Neuman | ) | Chapter 7 |
| Debtor(s) | ) | AP No. 10−01107 |
| | ) | PROPOSED ORDER ON |
| Marie Pardi, Thomas and Carrie Samuela-Pierucci, Farid and Jennifer Zeinal, and Louis Pierucci | ) | PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (FRCP 56); DECLARATION OF RYAN NEUMAN |
| Plaintiff(s) | ) | Hearing |
| Ryan Neuman and Sheri Neuman | ) | |
| Defendant(s) | ) | Date: May 6, 2011<br>Time: 10:00 AM<br>Place: Santa Rosa, CA |

Having considered Defendants Ryan Neuman and Sheri Neuman motion for Summary Judgment, the evidence presented to the court and the arguments made at the above hearing, the court orders:

Defendants' summary judgment motion is granted and judgment for fees and costs is entered in favor of Defendants.

** END OF ORDER **

CERTIFICATE OF SERVICE

I certify that I served the following person by first class mail with a copy of Plaintiff's Motion for Summary Judgment and Declaration of Ryan Neuman with attachments:

    Andrew Kern
    755 Baywood Drive, 2nd Fl.
    Petaluma, CA 94954

Dated: March 26, 2011         _/s/ Evan Livingstone_
                                        Evan Livingstone

AP 10−01107 – Defendants' Motion for Summary Judgment – Page 4
Case: 10-01107  Doc# 10  Filed: 03/26/11  Entered: 03/26/11 22:14:26  Page 4 of 4