# Guerneville Homes -

## Guerneville Homes Development Expenses

**Investor Funds**                                     $800,000

| | | | | |
|---|---|---|---|---|
| Down Payment 1740 | | 10,000.00 | 1st Deposit | |
| Down Payment 1740 | | 45,000.00 | 2nd Deposit | |
| Down Payment 1740 | | 125,000.00 | Down Payment | |
| Down Payment 1740 | | 100,000.00 | Final Cash to close-excluding closing & Pre-paid item | |
| Down Payment 1810 | | 200,000.00 | 1st Deposit | |
| Down Payment 1810 | | 100,000.00 | 2nd Deposit | |
| Dimensions 4 engineering | 5/5/2006 | 5,000.00 | Civil Engineer | |
| Dimensions 4 engineering | 4/14/2006 | 300.00 | Civil Engineer | |
| Dimensions 4 engineering | 12/20/2006 | 1,020.00 | Civil Engineer | chk#1032 |
| Dimensions 4 engineering | 1/31/2007 | 7,983.65 | Civil Engineer Inv # 0025434 / 0025317 | |
| Dimensions 4 engineering | 4/17/2007 | 5,966.76 | Civil Engineer Inv# 0025625 / 0025495 | |
| Dimensions 4 engineering | 6/18/2007 | 2,118.97 | Civil Engineer Inv# 0025966 | Chk # 1053 |
| Dimensions 4 engineering | 9/17/2007 | 4,819.39 | Civil Engineer Inv#0026285 | Chk# 1070 |
| Dimensions 4 engineering | 12/12/2007 | 1,135.35 | | |
| Dimensions 4 engineering | 1/21/2008 | 420.00 | | 1088 |
| Ivan Lukrich Architect | 8/16/2006 | 6,240.00 | Architect | |
| Ivan Lukrich Architect | 6/18/2007 | 7,309.65 | Architect | Chk#1054 |
| Edd Clark & Assoc | 8/23/2006 | 3,200.00 | Enviornment Consultants/Phase 1 report | |
| North Coast Bank | 4/24/2006 | 2,000.00 | 1810 Purchase Appraisal | |
| Sac-Sound Solutions | 6/1/2007 | 625.00 | Sound Study - Retainer Check | CHK#1057 |
| Sac-Sound Solutions | 9/17/2007 | 1,202.75 | Sound Study | Chk# 1068 |
| Horticultural Associates | 9/17/2007 | 1,850.00 | Arborist Report | Chk#1069 |

| Payee | Amount | Date | Property | Note |
|---|---|---|---|---|
| North Coast Bank | 4,407.81 | 2/10/2007 | 1810 Guerneville Road | |
| North Coast Bank | 4,201.64 | 3/8/2007 | 1810 Guerneville Road | Paid extra i |
| Greenpoint Mtg - Heloc 2nd | 191.15 | 3/13/2007 | 1740 Guerneville Road | Heloc Intere |
| Greenpoint Mtg - 1st Mtg | 2,195.83 | 4/9/2007 | 1740 Guerneville Road | 1st Mtg Pay |
| Greenpoint Mtg - Heloc 2nd | 467.17 | 4/10/2007 | 1740 Guerneville Road | 2nd Heloc F |
| North Coast Bank | 4,187.42 | 4/12/2007 | 1810 Guerneville Road | 1st Mtg Pay |
| North Coast Bank | 4,265.63 | 5/10/2007 | 1810 Guerneville Road | 1st Mtg Pay |
| Greenpoint Mtg | 576.26 | 5/10/2007 | 1740 Guerneville Road | 2nd Heloc F |
| Aurora Loan | 2,195.83 | 5/10/2007 | 1740 Guerneville Road | 1st Mtg Pay |
| Aurora Loan | 2,195.83 | 6/10/2007 | 1740 Guerneville Road | 1st Mtg Pay |
| North Coast Bank | 4,407.81 | 6/10/2007 | 1810 Guerneville Road | 1st Mtg Pay |
| Greenpoint Mtg | 677.76 | 6/18/2007 | 1740 Guerneville Road | 2nd Heloc F |
| Greenpoint Mtg | 676.15 | 7/10/2007 | 1740 Guerneville Road | 2nd Heloc F |
| Aurora Loan | 2,195.83 | 7/10/2007 | 1740 Guerneville Road | 1st Mtg Pay |
| North Coast Bank | 4,407.81 | 7/12/2007 | 1810 Guerneville Road | 1st Mtg Pay |
| Aurora Loan | 2,305.62 | 8/16/2007 | 1740 Guerneville Road | 1st Mtg Pay |
| North Coast Bank | 4,265.62 | 8/12/2007 | 1810 Guerneville Road | 1st Mtg Pay |
| Greenpoint Mtg | 764.30 | 8/20/2007 | 1740 Guerneville Road | 2nd Heloc F |
| Aurora Loan | 2,195.83 | 9/15/2007 | 1740 Guerneville Road | 1st Mtg Pay |
| North Coast Bank | 4,407.82 | 9/12/2007 | 1810 Guerneville Road | 1st Mtg Pay |
| Greenpoint Mtg | 740.41 | 9/24/2007 | 1740 Guerneville Road | 2nd Heloc F |
| Aurora Loan | 2,195.83 | 10/8/2007 | 1740 Guerneville Road | 1st Mtg Pay |
| North Coast Bank | 4,151.87 | 10/10/2007 | 1810 Guerneville Road | 1st Mtg Pay |
| Greenpoint Mtg | 713.18 | 10/18/2007 | 1740 Guerneville Road | 2nd Heloc F |
| Aurora Loan | 109.79 | 11/9/2007 | 1740 Guerneville Road | |
| North Coast Bank | 4,155.94 | 11/9/2007 | 1810 Guerneville Road | 1st Mtg Pay |
| Greenpoint Mtg | 753.15 | 11/9/2007 | 1740 Guerneville Road | 2nd Heloc F |
| Aurora Loan | 2,315.62 | 11/11/2007 | 1740 Guerneville Road | 1st Mtg Pay |
| Greenpoint Mtg | 668.76 | 12/11/2007 | 1740 Guerneville Road | 2nd Heloc F |
| North Coast Bank | 3,891.87 | 12/11/2007 | 1810 Guerneville Road | 1st Mtg Pay |
| Aurora Loan | 2,195.83 | 12/11/2007 | 1740 Guerneville Road | 1st Mtg Pay |
| Aurora Loan | 2,195.83 | 1/4/2008 | 1740 Guerneville Road | 1st Mtg Pay |
| North Coast Bank | 3,940.63 | 1/4/2008 | 1810 Guerneville Road | 1st Mtg Pay |
| Greenpoint Mtg | 691.05 | 1/15/2008 | 1740 Guerneville Road | 2nd Heloc F |
| North Coast Bank | 3,904.07 | 2/4/2008 | 1810 Guerneville Road | 1st Mtg Pay |
| Aurora Loan | 2,195.83 | 2/4/2008 | 1740 Guerneville Road | 1st Mtg Pay |
| Greenpoint Mtg | 674.60 | 2/11/2008 | 1740 Guerneville Road | 2nd Heloc F |

Case: 10-01107    Doc# 16    Filed: 04/28/11    Entered: 04/28/11 20:24:05    Page 2 of 3

| Description | Amount | Date | Check/Note | |
|---|---|---|---|---|
| Gentleman Farmer- Weed work | 225.00 | 9/6/2006 | chk#1015 | |
| Gentleman Farmer- Weed work | 200.00 | 6/18/2007 | Chk#1055 | |
| Ralph Dunson - Weed Work | 225.00 | 6/18/2007 | Chk#1056 | |
| Ralph Dunson - Weed Work | 650.00 | 7/22/2008 | | |
| Bank of America fees | 12.00 | 7/11/2006 | auto | |
| Bank of America fees | 12.00 | 8/23/2006 | auto | |
| Bank of America fees | 5.00 | 7/11/2007 | auto | |
| Bank of America fees | 25.00 | 8/6/2008 | auto | |
| Franchise Tax Board | 800.00 | 9/20/2006 | chk#1019 | Annual Parntership |
| Franchise Tax Board | 800.00 | 3/15/2007 | chk#1043 | Annual Parntership |

## 1740 &1810 Loan Payments

| Description | Amount | Date/Property |
|---|---|---|
| Aegis Mortgage | 3,390.63 | 7/1/2006 1740 Guerneville |
| Aegis Mortgage | 343.64 | 7/1/2006 1740 Guerneville |
| North Coast Bank | 3,729.38 | 7/1/2006 1810 Guerneville |
| Aurora Mortgage 1st | 3,390.63 | 8/1/2006 1740 Guerneville |
| Aegis Mortgage | 343.64 | 8/2/2006 1740 Guerneville |
| North Coast Bank | 4,420.00 | 8/2/2006 1810 Guerneville |
| Aurora Mortgage 1st | 3,390.62 | 9/8/2006 1740 Guerneville |
| Aegis Mortgage | 343.64 | 9/8/2006 1740 Guerneville |
| North Coast Bank | 4,407.81 | 9/8/2006 1810 Guerneville Road |
| Aurora Mortgage 1st | 3,390.62 | 10/10/2006 1740 Guerneville Road |
| Homecomings Mortgage 2nd | 343.64 | 10/10/2006 1740 Guerneville Road |
| North Coast Bank | 4,265.63 | 10/10/2006 1810 Guerneville Road |
| Aurora Mortgage 1st | 3,390.62 | 11/10/2006 1740 Guerneville Road |
| Homecomings Mortgage 2nd | 348.64 | 11/10/2006 1740 Guerneville Road |
| North Coast Bank | 4,621.09 | 11/10/2006 1810 Guerneville Road |
| Aurora Mortgage 1st | 3,390.62 | 12/10/2006 1740 Guernville Road |
| Homecomings Mortgage 2nd | 343.62 | 12/10/2006 1740 Guernville Road |
| North Coast Bank | 4,265.63 | 12/10/2006 1810 Guerneville Road |
| Aurora Mortgage 1st | 3,390.62 | 1/10/2007 1740 Guernville Road |
| Homecomings Mortgage 2nd | 343.64 | 1/10/2007 1740 Guernville Road |
| North Coast Bank | 4,407.81 | 1/10/2007 1740 Guernville Road |

Case: 10-01107   Doc# 16   Filed: 04/28/11   Entered: 04/28/11 20:24:05   Page 3 of 3