yment
yment
Payment
yment
yment
Payment
yment
yment
Payment
yment
yment
Payment
yment
yment
28/11yment
yment 2
yment

interest of $220.39
est Payment
yment
Payment
yment
yment
Payment
yment
yment
yment
Payment
Payment
yment
yment
yment
yment
Payment
yment
yment
Payment
yment
yment
Payment

yment
Payment
yment
Payment
yment
yment
yment
yment
Payment
04/28/11    Ent
yment   2
Payment