**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                                                                   No. 09-12585

Ryan and Sheri Neuman

                  Debtor(s). /

Marie Pardi et al.,
                Plaintiff(s),

    v.                                                                                            A.P. No. 10-1107

Ryan and Sheri Neuman

                 Defendant(s). /

**SCHEDULING CONFERENCE ORDER AND NOTICE OF TRIAL**

Following scheduling conference, IT IS ORDERED as follows:

1. Trial in the above matter is set for October 6, 2011, at 9:00 A.M. at 99 South E Street, Santa Rosa, California. This is a DATE CERTAIN.

2. All depositions and other discovery shall be concluded by September 6, 2011. All interrogatories shall be served such that responses are due before then. Discovery motions must be heard timely; TRIALS WILL NOT BE CONTINUED DUE TO DISCOVERY DISPUTES.

3. The parties shall comply with all of the requirements of FRCP 26, including the pretrial disclosures set forth in Rule 26(a)(3). In complying with Rule 26(a)(3)(C), the parties shall pre-mark each exhibit with a standard exhibit stamp. Plaintiff shall use numbers and defendant letters in pre-marking exhibits.

4. At least seven days before trial all parties shall email to Chambers_Orders@canb.uscourts.gov and opposing parties proposed findings of fact and conclusions of law. Each element of every claim or affirmative defense shall be separately identified and discussed, including all burdens of proof or persuasion.

5. Failure to strictly abide by the terms of this order may subject a party to default, dismissal, or other sanctions.

Dated: May 2, 2011

Alan Jaroslovsky
U.S. Bankruptcy Judge