Andrew Kern, Attorney At Law    Bar#250069
755 Baywood Drive, 2nd Fl.
Petaluma, CA 94954
Telephone (707) 658-4602
kernlawoffice@gmail.com

Attorney for Plaintiffs,

UNITED STATES BANKRUPTCY COURT
NORTHEN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In Re: | Case No. 09-12585 |
| | Chapter 7 |
| RYAN AND SHERI NEUMAN | |
| | AP No. 10-01107 |
| Debtors | |
| _____ | |
| Marie Pardi, Thomas and Carrie Samuela-Peirucci, Farid and Jennifer Zeinal, and Louis Pierucci | |
| Plaintiffs | |
| | PLAINTIFFS RULE 26 INITIAL DISCLOSURES |
| v. | |
| Ryan and Sheri Neuman | |
| Defendants | |

Plaintiffs , Marie Pardi, Thomas and Carrie Samuela-Pierucci, Farid and Jennifer Zeinal, and Louis Pierucci provide the following initial disclosures pursuant to Federal Rule of Civil Procedure 26:

1. The names, addresses, and telephone numbers of each individual with discoverable information and the subject of such information that support

PLAINTIFF'S RULE 26 INITIAL DISCLOSURES

1

Plaintiff's claims follows:

a. Marie Pardi, 9245 Laguna Springs Drive, Elk Grove, CA, telephone number 916-691-1126. Ms. Pardi invested $250,000 for a 9.375% share of the Black Oak Partnership.
b. Louis Pierucci, 1351 Lloyd Avenue, Santa Rosa, CA, telephone number 707-326-6070. Mr. Pierucci assumed Patrick and Tina McGee's 20% share of the Black Oak Partnership.
c. Farid and Jennifer Zeinal, 3791 Crown Hill Drive, Santa Rosa, CA 95403. Mr. and Mrs. Zeinal invested $100,000 for a 5% share of the Black Oak Partnership.
d. Thomas Pierucci and Carrie Samuela-Pierucci invested $150,000 for a 5.625% share of the Black Oak Partnership.

2. Exhibits 1 through 3 contain documents that support Plaintiff's claims.

3. Plaintiffs have suffered the following damages through the loss of their investments in Black Oak Partnership:

a. Marie Pardi suffered damages in the amount of $250,000
b. Louis Pierucci suffered damages in the amount of $300,000
c. Farid and Jennifer Zeinal suffered damages in the amount of $100,000.
d. Thomas Pierucci and Carrie Samuela-Pierucci suffered damages in the amount of $150,000.

4. Insurance is not at issue in this matter.

5. Plaintiff does not expect to call expert testimony at this time.

Plaintiff will disclose to Defendant further information required under FRCP 26 as such information becomes available.

Dated: May 5, 2011

*Andrew Kern/s/*
Andrew Kern, Attorney for Plaintiffs